JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE JOSEPH OROSCO, JR., <br> Petitioner, <br> v. <br> LAURA ELDRIDGE, Warden, <br> Respondent. | Case No. 5:20-cv-00023-JLS (SHK) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: 01/30/2020

_____
HONORABLE JOSEPHINE L. STATON
United States District Judge